IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PULSE TECHNOLOGIES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 06-4549 |
| | : | |
| JEDEDIAH L. DODRILL, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 1st day of November, 2006, upon consideration of Plaintiff's Motion for Expedited Discovery (Document No.3 ), it is hereby **ORDERED** that the motion is **GRANTED**. It is hereby **ORDERED** that:

**(1)**   Defendant Jedediah L. Dodrill shall respond to written discovery requests of Plaintiff within 7 days of service by Plaintiff.

**(2)**   Third party RMS Company shall respond to the subpoena duces tecum of Plaintiff within 7 days of service by Plaintiff.

**(3)**   A hearing on Plaintiff's Motion for a Preliminary Injunction will be held on **Thursday, November 16, 2006 at 10 a.m.** at the U.S. Courthouse, 601 Market Street, Philadelphia, Pa. in Courtroom 3B.  Defendant Jedediah L. Dodrill is ordered to appear before this Court and show cause why the preliminary injunction requested by Plaintiff should not be granted in accordance with the prayer for

relief set forth in the Complaint in Equity and Motion for a Preliminary Injunction.

                                             BY THE COURT:

                                             /s/ Lawrence F. Stengel
_____   LAWRENCE F. STENGEL, J.